**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE EMPLOYES' RETIREMENT SYSTEM OF THE CITY OF MILWAUKEE,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>Defendant. | Case No. 20 Civ. 08642 (KPF) |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

WHEREAS, Plaintiff The Employes' Retirement System of the City of Milwaukee and Defendant Allianz Global Investors U.S. LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action"); and

WHEREAS, Allianz Global Investors U.S. Holdings LLC, Allianz SE, Allianz Asset Management GmbH, Allianz of America, Inc., Allianz Asset Management of America Holdings Inc., Allianz Asset Management of America LLC, Allianz Asset Management of America LP, and PFP Holdings Inc. (collectively, the "Affiliate Defendants") were previously dismissed from the Action without prejudice, and Plaintiff and Defendant agree that the prior dismissal of the Affiliate Defendants should be converted into one with prejudice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Action and all claims asserted herein against all past and present defendants shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: February 28, 2022
    New York, New York

| | |
|---|---|
| Hannah Ross | Robert J. Giuffra, Jr. |
| Avi Josefson | Stephanie G. Wheeler |
| James A. Harrod | Kathleen S. McArthur |
| Michael D. Blatchley | Ann-Elizabeth Ostrager |
| BERNSTEIN LITOWITZ BERGER | Jacob M. Croke |
|   & GROSSMANN LLP | Hilary M. Williams |
| 1251 Avenue of the Americas | SULLIVAN & CROMWELL LLP |
| New York, NY 10020 | 125 Broad Street |
| Telephone: (212) 554-1400 | New York, New York 10004-2468 |
| Facsimile: (212) 554-1444 | Telephone: (212) 558-4000 |
| | Facsimile: (212) 558-3588 |

*Counsel for Plaintiff Employes' Retirement System of the City of Milwaukee*

*Counsel for Defendant Allianz Global*

*Investors U.S. LLC and the Affiliate Defendants*

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*

3